UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FRANK MCCARRON,

                    Plaintiff,

       v.

UNITED STATES OF AMERICA; HERMAN
QUAY III, Warden, Metropolitan Detention Center,
Brooklyn; DEBORAH SCHULT, Assistant Director,
Health Services Division, Federal Bureau of Prisons;
IAN CONNERS, Administrator, National Inmate
Appeals, Federal Bureau of Prisons; MICHAEL
BORECKY, Acting Clinical Director of the Medical
Center, Metropolitan Detention Center, Brooklyn;
RAME AWD, Doctor, Metropolitan Detention
Center; BRUCE BIALOR, Doctor, Metropolitan
Detention Center, Brooklyn; KEVIN PIGOS, Doctor,
Metropolitan Detention Center, Brooklyn; CLODINA
BABSON, Nurse, Metropolitan Detention Center,
Brooklyn; TROY BRADWISCH, Nurse,
Metropolitan Detention Center, Brooklyn; BRIAN
GERSON, Nurse, Metropolitan Detention Center
Brooklyn,

                    Defendants.

-----------------------------------------------------------x

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

Civil Action No.
18-CV-1903

(Vitaliano, J.)
(Reyes, M.J.)

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, plaintiff FRANK MCCARRON and defendants UNITED STATES OF

AMERICA, HERMAN QUAY III, DEBORAH SCHULT, IAN CONNORS, MICHAEL

BORECKY, BRUCE BIALOR, KEVIN PIGOS, CLODINA BABSON, TROY BRADWISCH

and BRIAN GERSON, by and through their undersigned attorneys, that plaintiff's complaint

against defendants and all claims therein be and hereby are dismissed, with prejudice, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or fees to any party as against any other. No further

*McCarron v. United States, et al.*, **18-CV-1903 (ENV)(RER)**
**Stipulation and Order of Dismissal With Prejudice**
**Page 2**

suit may be instituted for the same causes of action which have been asserted herein, or for any

other causes of action arising out of the incidents or circumstances that gave rise to this action; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be

executed in separate counterparts and by facsimile signature, each of which shall be deemed to be

an original.

Once this Stipulation and Order has been signed and so ordered by the Court, the Clerk of

the Court shall enter judgment in this case dismissing the action with prejudice and shall close the

case.

Dated: New York, New York        CARDOZO CIVIL RIGHTS CLINIC
      September 11, 2019        *Attorneys for Plaintiff*
                                  Benjamin N. Cardozo School of Law
                                  55 5th Avenue, 11th Floor
                                  New York, New York 10003

                By:    __/s/ *Betsy Ginsberg*__
                           Betsy Ginsberg, Esq.
                           (212) 790-0871

Dated: Brooklyn, New York        RICHARD P. DONOGHUE
      September 11, 2019        United States Attorney
                                    *Attorney for Defendants*
                                    Eastern District of New York
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                By:    __/s/ *Matthew J. Modafferi*__
                           Matthew J. Modafferi
                           Assistant U.S. Attorney
                           (718) 254-6229

SO ORDERED this
____ day of _____, 2019


_____
HONORABLE ERIC N. VITALIANO
United States District Judge